AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-1120-MEF

TO: (Name and address of Defendant)

Pike County Board of Education
101 W. Love Street
Troy, Alabama 36081-2613

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                           12/22/06
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1120-MEF

TO: (Name and address of Defendant)

Dr. Samuel Mark Bazzell
101 W. Love Street
Troy, Alabama 36081-2613

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                               12/22/06
CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv1120-MEF

TO: (Name and address of Defendant)

Mr. Terry Casey
Carroll High School
455 Forest Avenue
Ozark, Alabama 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 12/22/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1120-MEF

TO: (Name and address of Defendant)

Mr. Buddy Pyron
1105 E. Hart Avenue
Opp, Alabama 36467-2525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 12/22/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1120-MEF

TO: (Name and address of Defendant)

Mr. Robert Mcdaniel
Bullock County High School
Old Sardis Road-- Highway 223
Union Springs, Alabama 36089

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

12/22/06
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JR, a Minor, by his mother and father EAR and RMR

V.

Pike County Board of Education, Samuel Mark Bazzell, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV1120mEF

TO: (Name and address of Defendant)

Charles Leslie Coon
AIS # 244732
Kilby Correctional Facility
12201 Wares Ferry Road
Montgomery, Alabama 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Shirock DePaola
1726 West Second Street, Suite B
Montgomery, Alabama 36106

Deanie Clark Allen
2740 Zelda Road, Suite 400
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

12/22/06
DATE