**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Buddy Pyron
   1105 E. Hart Avenue
   Opp, Alabama 36467-2525

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_          ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12-26-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06CV1120-MEF
   SRC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)

   7003 2260 0000 2116 6464

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540