**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Terry Casey
   Carroll High School
   455 Forest Avenue
   Ozark, Alabama 36360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Michelle K Bush*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Michelle K Bush   1-3-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV1120-MEF
   SLC                                    ⓔ

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)   7004 1160 0002 5802 8583

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540