**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Leslie Coon  AIS #244732
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Paul Rogers
☐ Agent
☐ Addressee

B. Received by (Printed Name)
PAUL Rogers

C. Date of Delivery
1/8/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

732    2:06CV1120-MEF
        S*C                    ⓠ

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)
7003 2260 0000 2116 6471

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540