**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Robert McDaniel
   Bullock County High School
   ~~Old Sardis Road-Highway 223~~
   Union Springs, Alabama 36089
   PO Box 5108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Willie Shorty
C. Date of Delivery: 1/9/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06CV1120-MEF
SRC
20

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 2116 6457

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540