# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JR a Minor, by his mother and father** | * |
| **EAR and TMR** | * |
| **Plaintiffs** | * |
| **v.** | * |
| | * |
| **PIKE COUNTY BOARD OF** | * |
| **EDUCATION,** | * |
| **SAMUEL MARK BAZZELL** | * |
| **Individually and in his official capacity** | * |
| **as Superintendent of Schools;** | * |
| **TERRY CASEY, individually and in** | * |
| **his official capacity as Principal** | * |
| **Of Pike County High School,** | *   Case No. CV 2:06-cv-1120-MEF |
| **BUDDY PYRON, individually and in** | * |
| **his official capacity as** | * |
| **Principal of Pike County High School,** | * |
| **ROBERT MCDANIEL, individually** | * |
| **and in his official capacity as Assistant/** | * |
| **Principal of Pike County High School;** | * |
| **CHARLES LESLIE COON, individually** | * |
| **and in his official capacity as a teacher** | * |
| **at Pike County High School** | * |
| **DOE DEFENDANTS 1-5 being those** | * |
| **persons legally responsible for providing** | * |
| **for the safety of special education** | * |
| **students and for conducting** | * |
| **investigations of complaints** | * |
| **relating to the physycial safety of** | * |
| **students and for establishing policies** | * |
| **and procedures to protect said students.** | * |
| **Defendants** | * |

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Comes now J.R., a minor et al by and through his attorneys of record, and pursuant to F. R. Civ. P. 55(b)(2), moves the Court for entry of a default Judgment against the defendant Charles Leslie Coon. As grounds for said motion the Trustee would show unto the Court the following:

1. The defendant was served with the summons and complaint on January 8, 2007.

2. The defendant is incarcerated at Kilby Correctional Facility (Exhibit A) and service was perfected by certified mail signed for by Sergeant Paul Rogers, an employee of Kilby Correctional Facility. (Exhibit B).
3. The defendant has failed to appear or otherwise defend the action within the time allowed by law.

WHEREFORE, the premises considered, the Plaintiff requests that this Court enter a default judgment against the defendant and set the matter for hearing on the issue of damages and for such other further and different relief to which the Plaintiff is otherwise entitled.

Dated this 8th day of February, 2007.

s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama 36106**
**Phone: 334-262-1600       ASB: DEP001**
specialeducationattorney@mindspring.com

s/ Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama 36106**
**Phone: 334-265-8551    ASB: ALL067**
dallen@azarlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Entry of Default has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 8th day of February, 2007.

VIA US MAIL:
Charles Leslie Coon
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL 36057

VIA ECF

Donald Sweeney
(for all remaining Defendants)

                                              s/ Susan Shirock DePaola




Home | Commissioner | Contact Us

**DOC INFO**
Latest News
FAQs
History
Newsletters
Admin. Regulations
Organizational Chart
Admin. Investigations

**INDUSTRIES**
Overview
Catalog

**PUBLIC INFO**
Inmate Search
Escapes
Parole Violators
Inmates on Death Row
Execution List
Statistical Reports
Community Corrections

**FACILITIES**
Facility Map
Facility Addresses

**RESOURCES**
Halfway Houses

**EMPLOYMENT**
Correctional Officers

# Inmate Search Results

Search Again    Results Key

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release Date | Code |
|---|---|---|---|---|---|---|---|
| 244732 | COON, CHARLES LESLIE | W | M | 1/2/1948 | Kilby CF | 06/25/2007 | |
| 106376 | COON, CLARENCE | W | M | 7/30/1939 | Hamilton Aged & Infirmed | 00/00/0000 | LP |
| 117479 | COON, DEBRA ANN FITZPATRICK | B | F | 9/14/1958 | Birmingham WR | 01/28/2020 | |
| 117045 | COON, HUEY EDWARD | B | M | 2/28/1957 | Donaldson CF | 00/00/0000 | LW |
| 170889 | COON, LEONARD BEN | B | M | 9/5/1970 | Elba WR | 09/29/2007 | |



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Leslie Coon  AIS #244732
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Paul Rogers
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Paul Rogers

C. Date of Delivery
1/4/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV1120-MEF
SRC

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 2116 6471

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540