IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JR a Minor, by his mother and father** | * |
| **EAR and TMR** | * |
| **Plaintiffs** | * |
| **v.** | * |
| | * |
| **PIKE COUNTY BOARD OF** | * |
| **EDUCATION,** | * |
| **SAMUEL MARK BAZZELL** | * |
| **Individually and in his official capacity** | * |
| **as Superintendent of Schools;** | * |
| **TERRY CASEY, individually and in** | * |
| **his official capacity as Principal** | * |
| **Of Pike County High School,** | *   Case No. CV 2:06-cv-1120-MEF |
| **BUDDY PYRON, individually and in** | * |
| **his official capacity as** | * |
| **Principal of Pike County High School,** | * |
| **ROBERT MCDANIEL, individually** | * |
| **and in his official capacity as Assistant/** | * |
| **Principal of Pike County High School;** | * |
| **CHARLES LESLIE COON, individually** | * |
| **and in his official capacity as a teacher** | * |
| **at Pike County High School** | * |
| **DOE DEFENDANTS 1-5 being those** | * |
| **persons legally responsible for providing** | * |
| **for the safety of special education** | * |
| **students and for conducting** | * |
| **investigations of complaints** | * |
| **relating to the physycial safety of** | * |
| **students and for establishing policies** | * |
| **and procedures to protect said students.** | * |
| **Defendants** | * |

**AMENDED CERTIFICATE OF SERVICE**
**For**
**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

    Comes now J.R., a minor et al by and through his attorneys of record, and submits the following amended certificate of service for Plaintiff's Application for Entry of Default Judgment. This amendment is necessary because of the failure of delivery for the initial Application.

I hereby certify that a copy of the Application for Entry of Default judgment, previously filed on February 8, 2007 has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 19th day of February, 2007.

    VIA US MAIL:
    Charles Leslie Coon
    AIS 244732
    Kilby Correctional Facility
    PO Box 150
    Mt. Meigs, AL  36057

    VIA ECF
    Donald Sweeney
    (for all remaining Defendants)

Dated this 19th day of February, 2007.

                s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**
specialeducationattorney@mindspring.com

                s/ Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone:  334-265-8551**
dallen@azarlaw.com