**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JR a Minor, by his mother and father** * | |
| **EAR and TMR** * | |
| **Plaintiffs** * | |
| * | |
| **v.** * | |
| * | |
| **PIKE COUNTY BOARD OF** * | |
| **EDUCATION,** * | |
| **SAMUEL MARK BAZZELL** * | |
| **Individually and in his official capacity** * | |
| **as Superintendent of Schools;** * | |
| **TERRY CASEY, individually and in** * | |
| **his official capacity as Principal** * | |
| **Of Pike County High School,** * | **Case No. CV 2:06-cv-1120-MEF** |
| **BUDDY PYRON, individually and in** * | |
| **his official capacity as** * | |
| **Principal of Pike County High School,** * | |
| **ROBERT MCDANIEL, individually** * | |
| **and in his official capacity as Assistant/** * | |
| **Principal of Pike County High School;** * | |
| **CHARLES LESLIE COON, individually** * | |
| **and in his official capacity as a teacher** * | |
| **at Pike County High School** * | |
| **DOE DEFENDANTS 1-5 being those** * | |
| **persons legally responsible for providing** * | |
| **for the safety of special education** * | |
| **students and for conducting** * | |
| **investigations of complaints** * | |
| **relating to the physycial safety of** * | |
| **students and for establishing policies** * | |
| **and procedures to protect said students.** * | |
| **Defendants** * | |

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

Comes now J.R., a minor et al by and through his attorneys of record,    and pursuant to F. R. Civ. P. 55  hereby requests that the Clerk of the United States Court for the Middle District of Alabama, enter a default  against defendant  Charles Leslie Coon for failure to plead or otherwise defend the action brought by JR as appears from the attached Affidavit.

Dated this  22nd day of February, 2007.

                             s/  Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**         **ASB: DEP001**
specialeducationattorney@mindspring.com

                             s/  Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone:  334-265-8551**         **ASB:  ALL067**
dallen@azarlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Entry of Default has been served on  the following by ECF or  by  first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on  this the 8th day of February, 2007.

VIA US MAIL:
Charles Leslie Coon
AIS  244732
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

VIA  ECF
Donald Sweeney
(for all remaining Defendants)

                             s/  Susan Shirock DePaola

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JR a Minor, by his mother and father | * | |
| EAR and TMR | * | |
| **Plaintiffs** | * | |
| v. | * | |
| | * | |
| PIKE COUNTY BOARD OF | * | |
| EDUCATION, | * | |
| SAMUEL MARK BAZZELL | * | |
| Individually and in his official capacity | * | |
| as Superintendent of Schools; | * | |
| TERRY CASEY, individually and in | * | |
| his official capacity as Principal | * | |
| Of Pike County High School, | * | Case No. CV 2:06-cv-1120-MEF |
| BUDDY PYRON, individually and in | * | |
| his official capacity as | * | |
| Principal of Pike County High School, | * | |
| ROBERT MCDANIEL, individually | * | |
| and in his official capacity as Assistant/ | * | |
| Principal of  Pike County High School; | * | |
| CHARLES LESLIE COON, individually | * | |
| and in his official capacity as a teacher | * | |
| at Pike County High School | * | |
| DOE DEFENDANTS 1-5 being those | * | |
| persons legally responsible for providing | * | |
| for the safety of special education | * | |
| students and for conducting | * | |
| investigations of complaints | * | |
| relating to the physycial safety of | * | |
| students and for establishing policies | * | |
| and procedures to protect said students. | * | |
| **Defendants** | * | |

AFFIDAVIT OF FAILURE TO PLEAD OR OTHERWISE DEFEND
IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT
JUDGMENT AGAINST CHARLES LESLIE COON

State Of Alabama
County of Montgomery

Susan Shirock DePaola, attorney for the Plaintiff, being first duly sworn upon her oath deposes and states as follows:

1.  I am an attorney and duly authorized agent of the Plaintiff JR a Minor and have personal knowledge of the facts set forth herein.

2.  On December 19, 2006 the plaintiff filed in this cause a complaint against *inter alia* Charles Leslie Coon.

3.  Defendant Coon is currently incarcerated at Kily Correctional Facility (Exhibit A).

4.  Examination of the records in this cause show that Defendant was served by certified mail at the Kilby Correctional Facility with a copy of the Summons and Complaint on January 8, 2007. Upon information and belief the signature on the Address Card is the Signature of Sergeant Paul Rogers, an employee of Kilby Correctional Facility. (Exhibit B).

5.  The defendant has failed to answer or otherwise defend as to Plaintiff's complaint. He has failed to serve upon attorneys of record for Plaintiff or file with the Court a copy of any answer or other defense that he might have.

6.  This affidavit is executed by affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purposes of enabling the Plaintiff to obtain an entry of default against the Defendant for his failure to answer or otherwise defend as to the Plaintiff's Complaint.

Dated this 22nd day of February, 2007.

s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama 36106**
**Phone: 334-262-1600     ASB: DEP001**
specialeducationattorney@mindspring.com

Subscribed to and sworn before me, A Notary Public, in and for Montgomery County Alabama this the 22nd day of February, 2007.

*Karen Elizabeth Nelson*

Karen Elizabeth Nelson, Notary Public

My Commission Expires:December15, 2010

 

## Alabama
## Department of Corrections
Richard Allen
Commissioner

Vernon Barnett
Chief Deputy Commissioner

Bob Riley
Governor

A Proud Past
A Bright Future

Home | Commissioner | Contact Us

**DOC INFO**
Latest News
FAQs
History
Newsletters
Admin. Regulations
Organizational Chart
Admin. Investigations

**INDUSTRIES**
Overview
Catalog

**PUBLIC INFO**
Inmate Search
Escapes
Parole Violators
Inmates on Death Row
Execution List
Statistical Reports
Community Corrections

**FACILITIES**
Facility Map
Facility Addresses

**RESOURCES**
Halfway Houses

**EMPLOYMENT**
Correctional Officers



# Inmate Search Results

Search Again          Results Key

| AIS | Inmate Name | Race | Sex | Birth Date | Current Location | Release Date | Code |
|---|---|---|---|---|---|---|---|
| 244732 | COON, CHARLES LESLIE | W | M | 1/2/1948 | Kilby CF | 06/25/2007 | |
| 106376 | COON, CLARENCE | W | M | 7/30/1939 | Hamilton Aged & Infirmed | 00/00/0000 | LP |
| 117479 | COON, DEBRA ANN FITZPATRICK | B | F | 9/14/1958 | Birmingham WR | 01/28/2020 | |
| 117045 | COON, HUEY EDWARD | B | M | 2/28/1957 | Donaldson CF | 00/00/0000 | LW |
| 170889 | COON, LEONARD BEN | B | M | 9/5/1970 | Elba WR | 09/29/2007 | |

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
 item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
 so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
 or on the front if space permits.

1. Article Addressed to:

Charles Leslie Coon  AIS #244732
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL  36057

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Paul Rogers    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Paul Rogers                        1/4/07

D. Is delivery address different from item 1?  ☐ Yes
 If YES, enter delivery address below:          ☐ No

2:06CV 1120-MEF
S + c    (20)

732

3. Service Type
 ☑ Certified Mail      ☐ Express Mail
 ☐ Registered          ☐ Return Receipt for Merchandise
 ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
 (Transfer from service label)
                7003 2260 0000 2116 6471

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540