# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| J.R., A MINOR BY HIS MOTHER E.A.R. AND HIS FATHER R.M.M., | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) 2:06-CV-1120-MEF ) |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| **Defendants.** | ) |

**MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION TO ISSUE PROTECTIVE ORDER**

**COMES NOW** the **Butler County District Attorney**, a non-party to this action, by and through Attorney General Troy King, via undersigned counsel, and requests that this Honorable Court quash the Rule 45 subpoena issued on February 2, 2007, or in the alternative to issue a protective order, and in support thereof offers the following:

1. Plaintiff's Rule 45 subpoena directed at the Butler County District Attorney is overly broad in that it seeks to obtain documents that contain confidential communications between a minor child and law enforcement officials that are not discoverable without an order from this Honorable Court. Plaintiff's subpoena asks for:

> 1- All documents in your possession regarding the charges of:
> Sodomy 2nd Degree and Enticing a Child     CC-2005-195
> Sodomy 2nd Degree     CC-2005-196
> Sexual Abuse 2nd Decree     DC-2005-438
> Sexual Abuse 2nd Decree     DC-2006-272

>for Charles Leslie Coon, a.k.a. Charles Leslie Coon, Jr., SSN ▇▇▇▇▇▇▇▇▇▇▇▇ and any other related matters.
>
>2- All documents in your possession regarding any complaint (whether such complaint resulted in a criminal investigation or not) that Charles Coon was having inappropriate contact with students. This request includes complaints reported to and/or investigated by the Butler County Sheriff Department during but not limited to the 2004-2005 school year.
>
>3- The term "documents" as used herein shall include but not be limited to, every paper, writing, picture, photograph, data stored or recorded on computers, DVD, Videocassettes, audio cassettes, handwritten notes, witness interviews/recordings/written statements, statements made by the defendant orally or in writing, statements and other recordings of whatsoever kind or nature that re responsive to these requests.

The Butler County District Attorney will not produce these documents unless ordered to do so by this Honorable Court.

2. Ala. Code 1975 § 12-21-3.1(c) states:

>(c) Under no circumstance may a party to a civil or administrative proceeding discover material which is not authorized discoverable by a defendant in a criminal matter. ***Noncriminal parties may upon proper motion and order from a court of record***: Secure photographs, documents and tangible evidence for examination and copying only by order of a court imposing such conditions and qualifications as may be necessary to protect a chain of custody of evidence; or protect the prosecutors', law

2

enforcement officers', or investigators' work product; or to prevent the loss or destruction of documents, objects, or evidence. Such discovery order may be issued by a court of record upon proof by substantial evidence, that the moving party will suffer undue hardship and that the records, photographs or witnesses are unavailable from other reasonable sources.

3. The documents Plaintiff seeks to obtain contain confidential information about a minor child victim, including: confidential communications between investigator and minor child victim, statements made by minor child to prosecutor; descriptions of inappropriate behavior between the minor child and Charles Leslie Coon.

4. Wherefore, the Butler County District Attorney requests that this Honorable Court quash the Rule 45 subpoena mentioned above, or in the alternative issue a protective order allowing the Butler County District Attorney to withhold any work product created by the Butler County District Attorney or his assistants, and impose limits on the purposes for which these sensitive documents are to be produced and used to protect the minor child victim from any future emotional damage that could result if this sensitive information becomes public.

Respectfully submitted on this 23rd day of February, 2007.

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 23rd day of February, 2007, served a copy of the foregoing on the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Deanie C. Allen, Esq.
Azar and Azar, LLC
2740 Zelda Road, 4th Floor
Montgomery, AL 36106

Butler County District Attorney
700 Court Square
Greenville, AL 36037-2393

John W. Watters
214 N. Prairie St.
Union Springs, AL 36089

                            /s/  J. MATT BLEDSOE
                            OF COUNSEL