IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER<br>E.A.R. AND HIS FATHER R.M.M., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06CV1120-MEF<br>) |
| PIKE COUNTY BOARD OF<br>EDUCATION, et al., | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Quash Subpoena or In the Alternative Motion to Issue Protective Order (Doc. #12), filed on February 23, 2007, the court is considering granting this non-parties' request for a protective order. Therefore, it is

ORDERED that on or before March 8, 2007, the plaintiff shall file a response to the motion or in the alternative, the parties shall file a JOINT Motion for Protective Order along with a drafted order for the court's review.

DONE this 26th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE