IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father * | |
| EAR and TMR * | |
|         Plaintiffs * | |
| v. * | |
| * | |
| PIKE COUNTY BOARD OF * | |
| EDUCATION, * | |
| SAMUEL MARK BAZZELL * | |
| Individually and in his official capacity * | |
| as Superintendent of Schools; * | |
| TERRY CASEY, individually and in * | |
| his official capacity as Principal * | |
| Of Pike County High School, * | Case No. CV 2:06-cv-1120-MEF |
| BUDDY PYRON, individually and in * | |
| his official capacity as * | |
| Principal of Pike County High School, * | |
| ROBERT MCDANIEL, individually * | |
| and in his official capacity as Assistant/ * | |
| Principal of Pike County High School; * | |
| CHARLES LESLIE COON, individually * | |
| and in his official capacity as a teacher * | |
| at Pike County High School * | |
| DOE DEFENDANTS 1-5 being those * | |
| persons legally responsible for providing * | |
| for the safety of special education * | |
| students and for conducting * | |
| investigations of complaints * | |
| relating to the physical safety of * | |
| students and for establishing policies * | |
| and procedures to protect said students. * | |
|         Defendants * | |

**SUBMISSION OF AGREED PROTECTIVE ORDER**

    **Comes now** the Plaintiff J.R. a Minor, by and through his parents AER and TMR, and the Attorney General on behalf of the Butler County District Attorney, by and through their attorneys of record and submit the attached Agreed Protective Order for consideration of and entry by the Court.

    In support of said order undersigned submit the following:

1. On February 6, 2007 Plaintiff served non-party subpoenas on the Butler County Sheriff's Department to obtain documents associated with four criminal cases involving defendant Charles Leslie Coon.

2. The Document Request relates to four cases (See Attached Exhibit A) which involve minor victims.

3. The defendant has pled guilty in three of the cases and the fourth case as been *noll prossed.*

4. The minor victims involved in each case are as follows:

| | |
|---|---|
| CC 2005-195 | Victim: BF |
| CC 2005-196 | Victim: BF |
| DC 2005-438 | Victim: JR-1 (Plaintiff in **CV 2:06-cv-1120-MEF**) |
| CD 2006-272 | Victim JR-2 |

5. The undersigned are the attorneys for JR-1 and have the consent of the parents of the minor child for release of the identified information pursuant to the attached protective order.

6. The undersigned have the consent of the parents of JR-2 for release of the identified information pursuant to he attached protective order.

7. The undersigned have consulted with the attorney for BF, John William Waters, Jr. and have the consent of the parents of BF for release of the identified information pursuant to the attached protective order. That consent is evidenced by the signature of said attorney hereinafter.

8. Based up on the consent of the parents of each minor and pursuant to the attached consent order, the Attorney General has no objection to the issuance of said order.

Dated this 8th day of March, 2007.

s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**          ASB: DEP001
specialeducationattorney@mindspring.com

s/  Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**

Montgomery, Alabama  36106
Phone: 334-265-8551                    ASB: ALL067
dallen@azarlaw.com



                                        s/  J. Matt Bledsoe
                                        Assistant Attorney General


**Office of the Attorney General**
**11 South Union Street**
**Montgomery, AL  36130**
**Phone: 334-242-7443**



                                        S/  John W. Waters, Jr. (see attached)
                                        Attorney for BF

**John William Waters, Jr.**
**214 N. Prairie Street**
**Union Springs, AL  36089-1617**


## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Application for Entry of Default has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 8th day of March, 2007.

   VIA US MAIL:
   Charles Leslie Coon
   AIS  244732
   Kilby Correctional Facility
   PO Box 150
   Mt. Meigs, AL  36057

   VIA  ECF
   Donald Sweeney
   (for all remaining Defendants)

                                        s/  Susan Shirock DePaola

Montgomery, Alabama 36106
Phone: 334-265-8351          ASB: AL1007
dallen@azarlaw.com

s/ J. Matt Bledsoe
Assistant Attorney General

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Phone: 334-242-7443

s/ John W. Waters
Attorney for BF

John William Waters, Jr.
314 N. Prairie Street
Union Springs, AL 36089-1617

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Entry of Default has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 8th day of February, 2007.

VIA US MAIL:
Charles Leslie Coon
AIS 240732
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL 36057

VIA ECF
Donald Swicns
(for all remaining Defendants)

s/ Susan Shirock DePaola

# EXHIBIT 1
# DOCUMENT REQUEST

1- All documents in your possession regarding the charges of:
   Sodomy 2nd Degree and Enticing a Child    (CC-2005-195).
   Sodomy 2nd Degree                          (CC-2005-196).
   Sexual Abuse 2nd Degree                    (DC-2005-438).
   Sexual Abuse 2nd Degree                    (DC)-2006-272).
for Charles Leslie Coon, a.k.a. Charles Leslie Coon, Jr., SSN: 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 or 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 and any other related matters.

2- All documents in your possession regarding any complaint (whether such complaints resulted in a criminal investigation or not) that Charles Coon was having inappropriate contact with students that was reported to and/or investigated by the Butler County Sheriff Department during but not limited to the 2004-2005 school year.

3- The term "documents" as used herein shall include but not be limited to, every paper, writing, picture, photograph, data stored or recorded on computers, DVD, Videocassettes, audio cassettes, handwritten notes, witness interviews/recordings/written statements, statements made by the defendant orally or in writing, statements and other records of whatsoever kind or nature that re responsive to these requests.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father <br> EAR and TMR <br>               Plaintiffs <br> v. <br><br> PIKE COUNTY BOARD OF <br> EDUCATION, <br> SAMUEL MARK BAZZELL <br> Individually and in his official capacity <br> as Superintendent of Schools; <br> TERRY CASEY, individually and in <br> his official capacity as Principal <br> Of Pike County High School, <br> BUDDY PYRON, individually and in <br> his official capacity as <br> Principal of Pike County High School, <br> ROBERT MCDANIEL, individually <br> and in his official capacity as Assistant/ <br> Principal of Pike County High School; <br> CHARLES LESLIE COON, individually <br> and in his official capacity as a teacher <br> at Pike County High School <br> DOE DEFENDANTS 1-5 being those <br> persons legally responsible for providing <br> for the safety of special education <br> students and for conducting <br> investigations of complaints <br> relating to the physical safety of <br> students and for establishing policies <br> and procedures to protect said students. <br>               Defendants | Case No. CV 2:06-cv-1120-MEF |

**ORDER**

This matter is before the Court on a Motion to Quash Subpoena or in the Alternative Motion to Issue Protective Order filed on February 23, 2007 by the Attorney General.

The interested parties have consented to the issuance of the an Order allowing for responses to Plainitff's Subpoenas subject to the following limitations.:

    1. The information obtained by the Plaintiffs will not be used for any purpose other than in this litigation.

    2. To the extent that the documents are submitted to the Court for any purpose, they will be kept under seal.

    3. The names of all minor victims will be redacted and replaced with initials.

    4. The documents produced will be destroyed at the termination of the litigation.

    Based upon the submission of the parties and the Court's determination that these stipulations adequately protect the privacy of the minor victims The Court hereby orders production of the documents subject to the above protective provisions.

    So ordered, this the _____ day of _____, 2007.


_____
**U. S. Magistrate Judge**