IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JR, a Minor, by his mother and father EAR and TMR | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-1120-MEF |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

ENTRY OF DEFAULT

It appearing that defendant Charles Leslie Coon was duly served with a copy of the summons and complaint on January 8, 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on February 8, 2007, as required by law.

DEFAULT is hereby entered against said defendant, Charles Leslie Coon.

DONE THIS __12th__ day of __March__, 2007.

        ___/s/ Debra P. Hackett_____
        DEBRA P. HACKETT
        CLERK, UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF ALABAMA