IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER ) | |
| E.A.R. AND HIS FATHER R.M.M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV1120-MEF |
| ) | |
| PIKE COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION AND PROTECTIVE ORDER

On February 23, 2007, a non-party to the above-styled case filed a Motion to Quash Subpoena or In the Alternative Motion to Issue Protective Order (Doc. #12). The court entered an order requesting the plaintiff to respond to the motion. Upon review of the parties' Submission of Agreed Protective Order (Doc. #14), filed on March 8, 2007, and for good cause, it is

ORDERED that the motion to quash is DENIED; however, the parties' request for the Court to enter a Protective Order is GRANTED.

### PROTECTIVE ORDER

The interested parties have consented to the issuance of an Order allowing for responses to Plaintiff's subpoenas subject to the following limitations:

    (1) The information obtained by the Plaintiffs will not be used for any purpose other than in this litigation;

    (2)    To the extent that the documents are submitted to the Court for any purpose, they will be kept under seal;

    (3)    The names of all minor victims will be redacted and replaced with initials; and

    (4)    The documents produced will be destroyed at the termination of the litigation.

Based upon the submission of the parties and the Court's determination that these stipulations adequately protect the privacy of the minor victims, the Court hereby ORDERS production of the documents subject to the above protective provisions.

DONE this 14th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE