IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father * <br> EAR and TMR                               * <br>                                                         * <br> v.                                                      * <br>                                             * <br>                                                         * <br> Pike County Board of Education, et al *  <br>                                                         * <br>                                                         * <br>                                                         * | Case No.: CV 2:06-cv-1120-MEF |

**NOTICE OF SERVICE FOR PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**COMES NOW**, counsel for Plaintiff, and hereby gives notice that on April 16,

2007, Interrogatories and Requests for Production of Documents were served on the

following Defendants:

      Pike County Board of Education

and third party subpoenas were served on the following non-parties:

      J. McGowin Williamson, attorney for Defendant Charles Leslie Coon,
      Walker County Board of Education
      Tuscaloosa County Board of Education
      Tuscaloosa City Board of Education
      Marion County Board of Education
      Jasper City Board of Education
      Dallas County Board of Education
      Butler County Board of Education
      Bullock County Board of Education
      Monroe County Board of Education.

Dated this the 16th day of April, 2007..

             s/ Susan Shirock DePaola

**Susan Shirock DePaola**      ASB: DEP001
**1726 West Second Street~Suite B**
**Montgomery Alabama   36106**
**Telephone:  334-262-1600**
**Facsimile:   334-262-1638**
specialeducation attorney@mindspring.com

             s/ Deanie Clark Allen

**Deanie Clark Allen**       ASB: ALL067
**Aliant Center**
**2740 Zelda Road**
**Montgomery, Alabama 36106**
**Telephone:  (334) 265-8551**
**Facsimile:   (33) 264-9453**
**dallen@azarlaw.com**


## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CMF/ECF system which will send notification of such filing to the following:

  Donald B. Sweeney, Esq.
  F. Keith Covington, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, a copy of the foregoing the documents , postage prepaid, on  this the 16th day of April,  2007.

  *VIA US MAIL:*
  Charles Leslie Coon
  AIS  244732
  Kilby Correctional Facility
  PO Box 150
  Mt. Meigs, AL  36057


            Respectfully submitted,
            s/  Susan Shirock DePaola