IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father EAR and TMR | * * Case No.: CV 2:06-cv-1120-MEF |
| v. | * |
| Pike County Board of Education, et al | * |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

**COMES NOW**, counsel for Plaintiff, and hereby gives notice to this Court that on April 16, 2007, Plaintiff served Rule 26 (a)(1) initial disclosures to Defendants in the above referenced matter.

Dated this the 16th day of April, 2007.

s/ Susan Shirock DePaola

**Susan Shirock DePaola**            ASB: DEP001
1726 West Second Street~Suite B
Montgomery Alabama   36106
Telephone:  334-262-1600
Facsimile:  334-262-1638
specialeducation attorney@mindspring.com

s/ Deanie Clark Allen

**Deanie Clark Allen**            ASB: ALL067
Aliant Center
2740 Zelda Road
Montgomery, Alabama 36106
Telephone:  (334) 265-8551
Facsimile:  (33) 264-9453
dallen@azarlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Rule 26(a)(1) Fed. R. Civ. P. initial disclosure has been served upon counsel of record by first class U.S. mail, properly addressed and postage prepaid to the following on this the 16th day of April, 2007.

Donald B. Sweeney, Esq.
F. Kevin Covington, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8000

cc:   Charles Leslie Coon
      AIS 244732
      Kilby Correctional Facility
      PO Box 150
      Mt. Meigs, AL 36057

Respectfully submitted,
s/ Susan Shirock DePaola

2