UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAY -1  A 9: 38

| | | |
|---|---|---|
| J.R., A MINOR BY HIS MOTHER<br>E.A.R. AND HIS FATHER R.M.M., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO. 2:06CV1120-MEF |
| PIKE COUNTY BOARD OF<br>EDUCATION, et al., | * * * | |
| Defendants. | * | |

## MOTION TO QUASH SUBPOENA

COMES NOW J. McGowin Williamson and moves the Court to quash the Subpoena issued in this cause and as reason therefore states as follows:

1. The Subpoena is issued to J. McGowin Williamson who is the attorney for Charles Leslie Coon in a criminal proceeding related to the allegations in this matter and all matters contained therein were secured in connection with said representation and are privileged and protected.

Respectfully submitted this 30th day of April, 2007.

_____
J. McGowin Williamson (WIL-062)

OF COUNSEL:

Williamson & Williamson
P.O. Box 467
Greenville, AL 36037
(334) 382-2635 - Phone
(334) 382-2635 - Fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 30th day of April, 2006, delivered a copy of the foregoing by placing same properly addressed in the U.S. Mail, with sufficient postage to insure delivery, to the following attorneys of record for all other parties:

Deanie C. Allen
Aliant Center
2740 Zelda Road
Montgomery, AL 36106

                                                      J. McGowin Williamson

# United States District Court for the Middle District of Alabama

## SUBPOENA IN CIVIL CASE

*JR v. Pike County Board of Education et al*
Case Number 2:06-cv-1120

TO: **J. McGowin Williamson**
Attorney for Charles Leslie Coon
601 E. Commerce Street
Greenville, Alabama 36037

A subpoena may be served by the sheriff, by his deputy, or by any other person who is not a party and who is not less than 18 years of age. Service of the subpoena shall be made by delivering a copy thereof to the person named and by tendering to him the fee for one day's attendance and the mileage allowed by law under the Federal Rules of Civil Procedure, USCS.

☐ YOU ARE COMMANDED to appear in the United State District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to produce at the place, date, and time specified above, the following documents or objects:

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Azar & Azar, LLC | April 30, 2007 |
| Aliant Center, 2740 Zelda Road | 10:00 a.m. |
| Montgomery, AL 36106 |  |

Relating to Charles Leslie Coon – the complete and entire investigative file; police file and/or discovery produced to Mr. Coon criminal cases; any Boards of Education correspondence to or from Mr. Coon relating in any way to allegations/concerns and/or investigations of misconduct; and any and all computer records in you or your client's possession or control relating to sexual misconduct/abuse of minors.

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person must testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S NAME, TITLE, & ADDRESS | PHONE & FAX NUMBERS |
|---|---|
| Deanie C. Allen (ALL067) Attorney for Plaintiff | |
| Aliant Center | |
| 2740 Zelda Road | (334) 265-8551 |
| Montgomery, Alabama 36106 | (334) 264-9453 – FAX |

SIGNATURE *Deanie C. Allen*    DATE 4-16-07