IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER E.A.R. AND HIS FATHER R.M.M., </br></br>   Plaintiff, </br></br> v. </br></br> PIKE COUNTY BOARD OF EDUCATION, et al., </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 2:06CV1120-MEF

ORDER

Upon consideration of the Motion to Quash Subpoena (Doc. #21), filed on May 1, 2007, by J. McGowin Williamson, a non-party to this litigation, it is

ORDERED that on or before May 17, 2007, Plaintiff shall file a response to the motion.

DONE this 3rd day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE