IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JR a Minor, by his mother and father** * | |
| **EAR and TMR** * | |
|     **Plaintiffs** * | |
| v. * | Case No. CV 2:06-cv-1120-MEF |
| * | |
| **PIKE COUNTY BOARD OF** * | |
| **EDUCATION, et al.** * | |
|     **Defendants** * | |

**RESPONSE TO MOTION TO QUASH SUBPOENA**

   **Comes now** the Plaintiff J.R. a Minor, by and through his attorneys of record and submits the following response to the "Motion to Quash" filed by J. McGowin Wiliamson.:

     1. On April 16, 2007 Plaintiff served a non-party subpoena on J. McGowin Williamson who served as attorney for Charles Leslie Coon in relation to criminal sexual molestation charges filed against him. Defendant Coon pled guilty to those charges.

     2. Mr. McGowin has filed a Motion to Quash but has not itemized the documents in his possession and has instead made a generic assertion that they are "privileged and protected." The undersigned interprets this statement to mean that they are work product and/or there is some attorney-client privilege associated with them.

     3. Plaintiff is seeking all documents which were not attorney work-product or subject to attorney client privilege. Specifically plaintiff seeks an order requiring the turnover of all contents of his file which were not generated by him. This would include, but not be limited to, the police file and/or discovery produced to Mr. McGowin in the Criminal case.

     4. Plaintiff has previously issued non-party subpoenas to civil authorities and do not know that they have been provided with all documents which were generated in connection with this investigation.

     The Plaintiff therefore seeks an order requiring Williamson to itemize all documents in his possession and to identify to the Court those which he claims are privileged and the basis for the asserted privilege. All other documents should be delivered to Plaintiff's counsel in response to the non-party subpoena and the Motion to Quash should be denied as to those documents.

     Respectfully submitted on this the 8th day of May, 2007.

                                                     s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600           ASB: DEP001**
specialeducationattorney@mindspring.com

                                   s/   Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone:  334-265-8551           ASB:  ALL067**
dallen@azarlaw.com


### CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Response to Motion to Quash has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 8th day of May, 2007.

   VIA US MAIL:
   Charles Leslie Coon
   AIS  244732
   Kilby Correctional Facility
   PO Box 150
   Mt. Meigs, AL  36057

   VIA  ECF
   Donald Sweeney
   (for all remaining Defendants)

   J. McGowin Williamson
   Williamson & Williamson
   PO Box 467
   Greenville, AL  36037

                                   s/  Susan Shirock DePaola