IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER E.A.R. AND HIS FATHER R.M.M., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV1120-MEF ) |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the Motion to Quash Subpoena (Doc. #21), filed on May 1, 2007, by J. McGowin Williamson, a non-party to this litigation, and the plaintiff's Response to Motion to Quash Subpoena (Doc. #23), filed on May 8, 2007, and for good cause, it is

ORDERED that the motion (Doc. #21) is GRANTED. However, counsel is to provide Attorney Susan DePaola within ten (10) days of this order a log to establish that the work product is attorney-client privilege. Upon completing a review of the log, Mrs. DePaola shall then renew her request for documents if she has a reasonable belief that they are not covered by the attorney-client work product. The parties are further instructed to try to resolve this matter by personal contact prior to contacting the court and certify to the court through the proper pleadings that this matter has been resolved.

DONE this 9th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE