IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.R., a minor, by his mother and father, EAR and TMR, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1120-MEF ) |
| PIKE COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File First Amended Complaint (Doc. #25) filed on June 8, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before June 18, 2007 as to why the motion should not be granted.

DONE this the 12th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE