IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JR, a minor, by his mother and father EAR and TMR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) CIVIL ACTION NUMBER: ) 2:06-cv-1120-MEF ) |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

**RESPONSE TO
ORDER TO SHOW CAUSE**

By Order dated June 12, 2007, this Honorable Court requires the Defendants to show cause why Plaintiff should not be allowed to amend Plaintiff's complaint; in response Defendants, Pike County Board of Education, Samuel Mark Bazzell, Terry Casey, Buddy Pyron, and Robert McDaniel (hereinafter collectively referred to as "Defendants"), state:

1. Defendants deny that the amendments to Plaintiff's Complaint are meritorious, but Defendants do not assert that the changes are facially improper before discovery has been completed.

                                               s/Donald B. Sweeney, Jr.
                                                  Donald B. Sweeney, Jr.

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Deanie Clark Allen, Esq.
      Susan Shirock DePaola, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None

                                                    Respectfully submitted,

                                               s/ Donald B. Sweeney, Jr.
                                               Donald B. Sweeney, Jr.
                                               (asb-3803-277d)