IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.R., a minor, by his mother and father, EAR and TMR, ) ) ) Plaintiff, ) ) v. ) ) PIKE COUNTY BOARD OF ) EDUCATION, *et al.*, ) ) Defendants. ) | CASE NO. 2:06-cv-1120-MEF |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Allow Amendment of the Pleadings (Doc. # 25) filed on June 8, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 25th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE