**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 26, 2007

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   JR v. Pike County Board of Education

Case No.:   2:06cv1120-MEF
            Documents 29-35   Amended Complaints

This Notice of Correction was filed in the referenced case this date to correct document #29 Amended Complaint to add additional filers Terry Casey, Robert McDaniel, Pike County Board of Education and Buddy Pyron which were omitted when originally e-filed. Documents #30-35 have been stricken from the record as these are duplicates of #29.