IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JR a Minor, by his mother and father** | * | |
| **EAR and TMR** | * | Case No.: CV 2:06-cv-1120-MEF |
| | * | |
| **v.** | * | |
| | * | |
| | * | |
| **Pike County Board of Education, et al** | * | |
| | * | |
| | * | |
| | * | |

**NOTICE OF SERVICE FOR PLAINTIFF'S FIRST SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**COMES NOW**, counsel for Plaintiff, and hereby gives notice that on April 16, 2007, Interrogatories and Requests for Production of Documents were served on the following Defendants:

> Pike County Board of Education
> Samuel Mark Bazzell
> Terry Casey
> Buddy Pyron
> Robert McDaniel

and third party subpoenas were served on the following non-parties:

> J. McGowin Williamson, attorney for Defendant Charles Leslie Coon,
> Walker County Board of Education
> Tuscaloosa County Board of Education
> Tuscaloosa City Board of Education
> Marion County Board of Education
> Jasper City Board of Education
> Dallas County Board of Education
> Butler County Board of Education
> Bullock County Board of Education
> Monroe County Board of Education.

Dated this the 16th day of April, 2007..

                                                   s/ Susan Shirock DePaola

**Susan Shirock DePaola**　　　　　　　**ASB: DEP001**
**1726 West Second Street~Suite B**
**Montgomery Alabama   36106**
**Telephone:  334-262-1600**
**Facsimile:  334-262-1638**
specialeducation attorney@mindspring.com

                                                   s/ Deanie Clark Allen

**Deanie Clark Allen**　　　　　　　　**ASB: ALL067**
**Aliant Center**
**2740 Zelda Road**
**Montgomery, Alabama 36106**
**Telephone:    (334) 265-8551**
**Facsimile:    (33) 264-9453**
**dallen@azarlaw.com**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CMF/ECF system which will send notification of such filing to the following:

    Donald B. Sweeney, Esq.
    F. Keith Covington, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, a copy of the foregoing the documents , postage prepaid, on  this the 16th day of April,  2007.

    *VIA US MAIL:*
    Charles Leslie Coon
    AIS  244732
    Kilby Correctional Facility
    PO Box 150
    Mt. Meigs, AL  36057

                                                   Respectfully submitted,
                                                   s/  Susan Shirock DePaola

3