IN THE UNITES STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JR a Minor, by his mother and father** | \* | |
| **EAR and TMR** | \* | Case No.: CV 2:06-cv-1120-MEF |
| | \* | |
| **v.** | \* | |
| | \* | |
| | \* | |
| **Pike County Board of Education, et al** | \* | |
| | \* | |
| | \* | |
| | \* | |

**NOTICE OF SERVICE OF PRODUCTION OF DOCUMENTS**

    **COMES NOW**, counsel for Plaintiff, and hereby gives notice to this Court that on July 18, 2007, Requests for Production were served on the following non-parties:

    Pike County DHR
    Pike County Child Protect Services

Dated this the 18th day of July, 2007.

    s/ Susan Shirock DePaola

**Susan Shirock DePaola**          ASB: DEP001
**1726 West Second Street~Suite B**
**Montgomery Alabama   36106**
**Telephone:  334-262-1600**
**Facsimile:   334-262-1638**
specialeducation attorney@mindspring.com

    s/ Deanie Clark Allen

**Deanie Clark Allen**          ASB: ALL067
**Aliant Center**
**2740 Zelda Road**
**Montgomery, Alabama 36106**
**Telephone:     (334) 265-8551**
**Facsimile:     (33) 264-9453**

1

dallen@azarlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice of Service of Requests for Production of Documents have been served upon counsel of record by facsimile and by first class U.S. mail, properly addressed and postage prepaid to the following on this the 18th day of July, 2007.


Donald B. Sweeney, Esq.
F. Kevin Covington, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone:   (205) 521-8000
Facsimile:   (205) 521-8000


cc:    Charles Leslie Coon
       AIS  244732
       Kilby Correctional Facility
       PO Box 150
       Mt. Meigs, AL  36057


    Respectfully submitted,
    s/ Susan Shirock DePaola