IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER<br>E.A.R. AND HIS FATHER R.M.M., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06CV1120-MEF<br>) |
| PIKE COUNTY BOARD OF<br>EDUCATION, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

ORDER

Upon consideration of the Motion to Quash Subpoena or In the Alternative Motion to Issue Protective Order filed on July 26, 2007 (Doc. # 43), the court is considering granting the request for a protective order. Therefore, it is

ORDERED that on or before August 2, 2007:

1. The parties shall meet and confer to reach an agreement and if an agreement can be reached, the parties shall file a JOINT Motion for Protective Order along with a drafted order for the court's review, or

2. If an agreement cannot be reached, the defendants shall file a response to the motion and state its reasons for objection.

DONE this 27th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE