IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JR a Minor, by his mother and father** * | |
| **EAR and TMR** * | |
| **Plaintiffs** * | |
| **v.** * | |
| * | |
| **PIKE COUNTY BOARD OF** * | |
| **EDUCATION,** * | |
| **SAMUEL MARK BAZZELL** * | |
| **Individually and in his official capacity** * | |
| **as Superintendent of Schools;** * | |
| **TERRY CASEY, individually and in** * | |
| **his official capacity as Principal** * | |
| **Of Pike County High School,** * | **Case No. CV 2:06-cv-1120-MEF** |
| **BUDDY PYRON, individually and in** * | |
| **his official capacity as** * | |
| **Principal of Pike County High School,** * | |
| **ROBERT MCDANIEL, individually** * | |
| **and in his official capacity as Assistant/** * | |
| **Principal of  Pike County High School;** * | |
| **CHARLES LESLIE COON, individually** * | |
| **and in his official capacity as a teacher** * | |
| **at Pike County High School** * | |
| **DOE DEFENDANTS 1-5 being those** * | |
| **persons legally responsible for providing** * | |
| **for the safety of special education** * | |
| **students and for conducting** * | |
| **investigations of complaints** * | |
| **relating to the physical safety of** * | |
| **students and for establishing policies** * | |
| **and procedures to protect said students.** * | |
| **Defendants** * | |

**SUBMISSION OF AGREED PROTECTIVE ORDER**

    **Comes now**  the Plaintiff J.R. a Minor, by and through his parents AER and TMR, and the  Alabama Department of Human Resources (DHR ,   by and through their attorneys of record and submit the attached Agreed Protective Order for consideration of and entry by the Court.

    In support of said order undersigned submit the following:

1. On July 18, 2007 Plaintiff served non-party subpoenas on DHR to obtain documents associated with the Plaintiff J.R. .

2. On July 26, 2007, DHR filed a Motion to Quash or Modify the Subpoena.

3. The attorneys for the Plaintiff and the non-party DHR have consulted and submit herewith a proposed agreed Order for *In Camera* inspection and proposed protective order which are attached hereto and incorporated herein by reference.

Dated this 14th day of August, 2007.

.
                                              s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600            ASB: DEP001**
specialeducationattorney@mindspring.com

                                              s/ Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone:  334-265-8551            ASB:  ALL067**
dallen@azarlaw.com

                                              s/ Michael C. Joiner

**Michael C. Joiner**
**Assistant Attorney General**
**PO Box 304000**
**Montgomery, AL  36130-4000**
**Phone:  334-242-9330**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Application for Entry of Default has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 14th day of August., 2007.

VIA US MAIL:
Charles Leslie Coon
308 Country Club Drive
Greenville, AL  36037-0000


VIA  ECF
Donald Sweeney
(for all remaining Defendants)

                                                                               s/  Susan Shirock DePaola

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **J. R.,** | } | |
| | } | |
|     **Plaintiff,** | } | |
| | } | |
| vs. | } | **Civil Action No.** |
| | } | **CV-06-cv-1120-J** |
| **PIKE COUNTY BOARD OF** | } | |
| **EDUCATION, ET AL.** | } | |
| | } | |
|     **Defendants.** | } | |

### ORDER FOR *IN CAMERA* INSPECTION

This matter coming to be heard on the Motion for Protective Order filed by non-party Alabama Department of Human Resources ("DHR"), and the Court being of the opinion that the same is due to be granted, it is hereby, ORDERED, ADJUDGED, and DECREED as follows:

    1.    DHR shall submit to the Court for *in camera* review copies of that portion of any DHR record in its possession pertaining to any investigation involving Charles Leslie Coon and the above-identified Plaintiff.

    2.    The Court, upon completion of an *in camera* inspection of the submitted records, shall designate which portions, if any, of said records are material and relevant to the issues in this cause and not otherwise available to the parties. Said portions shall be made available to the parties hereto, their respective counsel, and officers of the Court only, and they may not be disclosed to any other person.

    DONE this _____ day of _____, 2007.

                                                                    _____
                                                                    WALLACE CAPEL, JR.
                                                                     UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **J. R.,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| vs. } | **Civil Action No.** |
| } | **CV-06-cv-1120-J** |
| **PIKE COUNTY BOARD OF** } | |
| **EDUCATION, ET AL.** } | |
| } | |
| **Defendants.** } | |

## **PROTECTIVE ORDER**

THE COURT has conducted an in camera inspection of certain records submitted by the Alabama Department of Human Resources pursuant to a prior order of this Court. Having found certain of those records to be material and relevant to the issues before the Court, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    a.    All parties shall maintain the confidentiality of the Department's records.

    b.    The Department's records shall be disclosed only to:

        1.    the Court;

        2.    counsel for a party;

        3.    a person with prior legal access to the said records;

        4.    court officials involved in the litigation, including court reporters;

        5.    persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing to testify or actually giving testimony provided such persons are directed by this Court's order to do so;

        6.    outside consultants or experts retained for the purpose of assisting counsel in the litigation, or in anticipation of such, provided said persons are directed to keep confidential those matters protected by this order.

      c.     Any records of the Department admitted into evidence or otherwise made a part of the record of this case shall be place under seal and shall not be made a part of the public record of this case.

      d.     The party requesting said documents from the Department shall pay the Department for the reasonable costs of production.

DONE AND ORDERED this _____ day of _____ 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

cc: