IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J. R., A MINOR BY HIS MOTHER<br>E.A.R. AND HIS FATHER T.M.R., | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 2:06CV1120-MEF |
| PIKE COUNTY BOARD OF<br>EDUCATION, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion to Quash Subpoena or In the Alternative Motion to Issue Protective Order filed on July 26, 2007, (Doc. #43), and Plaintiff's Stipulation (Doc. #45) of Agreed Protective Order, it is:

ORDERED that on or before **August 24, 2007**, the Alabama Department of Human Resources (DHR) shall submit to the Court for *in camera* review copies of that portion of any DHR record in its possession pertaining to any investigation involving Charles Leslie Coon and the above-identified Plaintiff. It is further

ORDERED that the Court, upon completion of an *in camera* inspection of the submitted records, shall designate which portions, if any, of said records are material and relevant to the issues in this cause and not otherwise available to the parties. Said portions shall be made available to the parties, their respective counsel, and officers of the Court only, and they may not be disclosed to any other person. It is further

ORDERED that following completion of the *in camera* inspection, the Court shall enter a protective order on this matter.

DONE this 16th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE