IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG 24  P 3: 25

J. R., }
}
   Plaintiff, }
}
vs. } Civil Action No.
} CV-06-cv-1120-MEF-WC
PIKE COUNTY BOARD OF }
EDUCATION, ET AL. }
}
   Defendants. }

### NOTICE OF DELIVERY OF DOCUMENTS
### TO COURT FOR *IN CAMERA* INSPECTION

COMES NOW the Alabama Department of Human Resources (hereinafter the Department), by and through its undersigned counsel, and, pursuant to the Court's Order dated August 16, 2007, hereby gives notice of the delivery of a copy of the documents in the Department's possession pertaining to the above-style cause.

RESPECTFULLY SUBMITTED this 24th day of August 2007.

MICHAEL C. JOINER (JOI 003)
Assistant Attorney General
Alabama Dept. of Human Resources
P. O Box 304000
Montgomery, AL 36130-4000
Ph: (334) 242-9330
Fax: (334) 242-0689

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF DELIVERY OF DOCUMENTS TO COURT FOR *IN CAMERA* INSPECTION** on all attorneys and/or parties of record in this case, by electronic filing and by placing copies of the same addressed to them at their last known address in the United States Mail, First Class postage prepaid, on this the 24th day of August 2007.

| | |
|---|---|
| Deanie C. Allen, Esq.<br>Aliant Center<br>2740 Zelda Road<br>Montgomery, AL  36106 | Susan S. DePaola, Esq.<br>Samford & DePaola, P.C.<br>1726 West Second St., Ste B<br>Montgomery, AL  36106 |
| Donald B. Sweeney, Jr., Esq.<br>Bradley, Arant, Rose, & White, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL  35203-2104 | Forrest K. Covington, Esq.<br>Bradley, Arant, Rose, & White, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL  35203-2104 |

/s/ Michael C. Joiner
MICHAEL C. JOINER (JOI 003)
Assistant Attorney General