IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. R., A MINOR BY HIS MOTHER ) <br> E.A.R. AND HIS FATHER T.M.R., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PIKE COUNTY BOARD OF ) <br> EDUCATION, *et al.,* ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 2:06CV1120-MEF |

**ORDER ON MOTION**

Upon consideration of the State of Alabama Department of Human Resources's Motion to Quash Subpoena or in the Alternative Motion to Issue Protective Order filed on July 26, 2007, (Doc. #43), and Plaintiff's Stipulation (Doc. #45) of Agreed Protective Order, and upon completion of an *in camera* inspection (see Doc. #46), it is:

ORDERED that Alabama Department of Human Resources's motion to quash subpoena (Doc. #43) is DENIED. It is further

ORDERED that the department's motion for a protective order (Doc. #43) is GRANTED. It is further

ORDERED that all documents in the Alabama Department of Human Resources's possession concerning this case and submitted on August 24, 2007, to the Court for an *in camera* inspection (see Doc. #46, #47) are subject to the protective order. It is further

ORDERED as follows:

a. All parties shall maintain the confidentiality of the Department's records.

b. The Department's records shall be disclosed only to:

1. the Court;

2. counsel for a party;

3. a person with prior legal access to the said records;

4. court officials involved in the litigation, including court reporters;

5. persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing to testify or actually giving testimony provided such persons are directed by this Court's order to do so;

6. outside consultants or experts retained for the purpose of assisting counsel in the litigation, or in anticipation of such, provided said persons are directed to keep confidential those matters protected by this order.

c. Any records of the Department admitted into evidence or otherwise made a part of the record of this case shall be place under seal and shall not be made a part of the public record of this case.

d. The party requesting said documents from the Department shall pay the Department for the reasonable costs of production.

DONE this 28th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE