IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.R., a minor, by his mother and father, | ) | |
| EAR and TMR, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO.2:06-cv-1120-MEF |
| | ) | |
| PIKE COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that the Motion for Default Judgment (Doc. #9) filed on

February 8, 2007 is set for a status conference on September 27, 2007 at 2:00 P.M. at the

United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 4th day of September, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE