IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

J.R., a minor, by his mother and father,  )
EAR and TMR,                              )
                                          )
      Plaintiffs,                   )
                                          )
v.                                        )  CASE NO.2:06-cv-1120-MEF
                                          )
PIKE COUNTY BOARD OF                      )
EDUCATION, *et al.,*                      )
                                          )
      Defendants.                   )

# **O R D E R**

It is hereby ORDERED that the September 27, 2007 hearing on the Motion for

Default Judgment (Doc. #9) is continued to October 19, 2007 at 11:00 A.M. at the United

States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 26th day of September, 2007.


                 /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE