IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.R., a minor, by his mother and father, EAR and TMR, ) ) ) | |
| Plaintiffs, ) | |
| v.   ) | CASE NO.2:06-cv-1120-MEF |
| ) | |
| PIKE COUNTY BOARD OF EDUCATION, *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that the October 19, 2007 hearing on the Motion for Default Judgment (Doc. #9) is continued to October 31, 2007 at 10:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE