IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a minor, by his mother and father EAR and TMR, ) ) ) Plaintiffs, ) ) v. ) ) PIKE COUNTY BOARD OF ) EDUCATION, et al., ) ) Defendants. ) | CIVIL ACTION NUMBER: 2:06-cv-1120-MEF |

**NOTICE OF APPEARANCE**

COMES NOW Robert E. Poundstone, IV and enters his appearance as additional counsel for Defendants Pike County Board of Education, Samuel Mark Bazzell, Terry Casey, Buddy Pyron, and Robert McDaniel in the above-styled cause.

Respectfully submitted,

s/ Robert E. Poundstone, IV
Robert E. Poundstone, IV
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: bpoundstone@bradleyarant.com

OF COUNSEL

Daniel B. Sweeney, Jr.
Forrest K. Covington
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

   I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Deanie Clark Allen, Esq.
 Azar & Azar, LLC
 Aliant Center
 2740 Zelda Road, Fourth Floor
 Montgomery, AL  36106

 Susan Shirock DePaola, Esq.
 1726 West Second Street, Suite B
 Montgomery, AL  36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  None.

          Respectfully submitted,

          s/ Robert E. Poundstone, IV
          Robert E. Poundstone, IV
          Bradley Arant Rose & White LLP
          The Alabama Center for Commerce
          401 Adams Avenue, Suite 780
          Montgomery, AL 36104
          Telephone: (334) 956-7700
          Facsimile: (334) 956-7701
          E-mail: bpoundstone@bradleyarant.com