IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a Minor, by his mother EAR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1120-MEF |
| | ) |
| PIKE COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**<u>ORDER</u>**

It is hereby ORDERED that Plaintiff's Application for Entry of Default Judgment (Doc. # 9) is DENIED with leave to refile.

Done on this 31st day of October, 2007.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE