IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.R., a minor, by his mother and father, EAR and TMR, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO.2:06-cv-1120-MEF |
| ) | |
| PIKE COUNTY BOARD OF EDUCATION, *et al.,* ) ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Deadline (Doc. #52) filed on October 23, 2007, it is hereby

ORDERED that the motion is DENIED as moot. An Amended Scheduling Order has been entered by the court.

DONE this the 1st day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE