# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father * | |
| EAR and TMR * | |
|         **Plaintiffs** * | |
| v. * | |
| * | |
| **PIKE COUNTY BOARD OF** * | |
| **EDUCATION,** * | |
| **SAMUEL MARK BAZZELL** * | |
| **Individually and in his official capacity** * | |
| as Superintendent of Schools; * | |
| **TERRY CASEY, individually and in** * | |
| his official capacity as Principal * | |
| Of Pike County High School, *    Case No. CV 2:06-cv-1120-MEF | |
| **BUDDY PYRON, individually and in** * | |
| his official capacity as * | |
| Principal of Pike County High School, * | |
| **ROBERT MCDANIEL, individually** * | |
| and in his official capacity as Assistant/ * | |
| Principal of   Pike County High School; * | |
| **CHARLES LESLIE COON, individually** * | |
| and in his official capacity as a teacher * | |
| at Pike County High School * | |
| **DOE DEFENDANTS 1-5** being those * | |
| persons legally responsible for providing * | |
| for the safety of special education * | |
| students and for conducting * | |
| investigations of complaints * | |
| relating to the physical safety of * | |
| students and for establishing policies * | |
| and procedures to protect said students. * | |
|         **Defendants** * | |

## MOTION TO ALLOW SUBMISSION OF EXHIBITS UNDER SEAL

**Comes now** the Plaintiff J.R. a Minor, by and through attorneys of record and moves this honorable Court to allow the filing  exhibits under seal.  As grounds for said motion, the undersigned would show unto the Court the following:

    1.  Concurrent herewith,  the plaintiff is submitting her Application for Entry of Default Judgment against Chrles Leslie Coon..

    2. The application is supported by exhibits which include depositions and exhibits which refer to the minor plaintiff by his name rather than by the initials "JR".

    3. Those documents are referenced in the Submission on default as follows:

| | |
|---|---|
| XA | Deposition of Andrew Wright |
| XB | Deposition of Karen Berry |
| XC | Deposition of Mona Watson |
| Exhibits to Depositions: | Defendant's Exhibit 4 |
| | Plaintiff's Exhibits 19, 26, 27 & 28. |

    4. The Application is also supported by the testimony of AR which was taken in open court on October 31, 2007 and submitted to the Court under seal on January 2, 2007 (Docket Entry 58). This document is referenced in the Application for Entry of Default Judgment as XD.

    5. Any attempt to redact the identifiers would be burdensome.

    6. All of the parties who have actively participated in this case have access to these documents and the undersigned will make same available at their offices during regular business hours to any other party to these proceedings including defendant Charles Leslie Coon. .

    Wherefore, the premises considered, the Plaintiff requests that the Court enter an order allowing the submission of each of the identified documents under seal.

    Dated this 23rd day of January , 2008.

    s/ Susan Shirock DePaola

**Susan Shirock DePaola**  
**1726 West Second Street ~Suite B**  
**Montgomery, Alabama  36106**  
**Phone:  334-262-1600**    **ASB: DEP001**  
specialeducationattorney@mindspring.com

    s/ Deanie Clark Allen

**Deanie Clark Allen**  
**Aliant Center**  
**2740 Zelda Road, Fourth Floor**  
**Montgomery, Alabama  36106**  
**Phone:  334-265-8551**    **ASB:  ALL067**  
dallen@azarlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 23rd day of January , 2007.

VIA US MAIL:
Charles Leslie Coon
308 Country Club Drive
Greenville, AL  36037


VIA ECF
Donald Sweeney
Via ECF
(for all remaining Defendants)

                                        s/ Susan Shirock DePaola