IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father * | |
| EAR and TMR * | |
|         Plaintiffs * | |
| v. * | |
| * | |
| PIKE COUNTY BOARD OF * | |
| EDUCATION, * | |
| SAMUEL MARK BAZZELL * | |
| Individually and in his official capacity * | |
| as Superintendent of Schools; * | |
| TERRY CASEY, individually and in * | |
| his official capacity as Principal * | |
| Of Pike County High School, * | Case No. CV 2:06-cv-1120-MEF |
| BUDDY PYRON, individually and in * | |
| his official capacity as * | |
| Principal of Pike County High School, * | |
| ROBERT MCDANIEL, individually * | |
| and in his official capacity as Assistant/ * | |
| Principal of Pike County High School; * | |
| CHARLES LESLIE COON, individually * | |
| and in his official capacity as a teacher * | |
| at Pike County High School * | |
| DOE DEFENDANTS 1-5 being those * | |
| persons legally responsible for providing * | |
| for the safety of special education * | |
| students and for conducting * | |
| investigations of complaints * | |
| relating to the physical safety of * | |
| students and for establishing policies * | |
| and procedures to protect said students. * | |
|         Defendants * | |

**SUGGESTION OF DEATH ON THE RECORD**

    Comes now   the Plaintiff J.R. a Minor, by and through  attorneys of record and file this suggestion of death on the record.   TMR  died on July 30, 2007 and the Plaintiff is now solely represented in this action by his mother EAR.

    Dated this  23rd  day of January , 2008.
                                s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**          **ASB: DEP001**
specialeducationattorney@mindspring.com

                                                s/  Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone: 334-265-8551**          **ASB:  ALL067**
dallen@azarlaw.com


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 23rd day of January , 2007.

    VIA US MAIL:
    Charles Leslie Coon
    308 Country Club Drive
    Greenville, AL   36037


    VIA  ECF
    Donald Sweeney
    Via ECF
    (for all remaining Defendants)

                                              s/  Susan Shirock DePaola