IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.R., a minor, by his mother and father, EAR and TMR, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.2:06-cv-1120-MEF ) |
| PIKE COUNTY BOARD OF EDUCATION, *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Default Judgment as to Charles Leslie Coon (Doc. #59) filed on January 23, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before February 8, 2008 as to why this motion should not be granted.

DONE this the 25th day of January, 2008.

                                                      /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE