IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JR, a minor, by his mother and father EAR and TMR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) | CIVIL ACTION NUMBER: 2:06-cv-1120-MEF |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

Response to Order to Show Cause

Come now the Defendants Pike County Board of Education, Samuel Mark Bazzell, Terry Casey, Buddy Pyron, and Robert McDaniel (hereinafter collectively referred to as "School Board Defendants"), and file this response to the Court's January 25, 2008 Order to Show Cause. The School Bard Defendants do not object to the entry of default judgment against individual Defendant Charles Leslie Coon, but do object to the use of the default judgment to preclude the School Board Defendants from disputing or litigating the issues of liability and judgment in the Plaintiffs' case against them. In support therefore, the School Board Defendants state as follows:

1. Plaintiffs have filed an application for entry of default judgment against individual defendant, Charles Leslie Coon. The application is limited to Coon and does not involve the School Board Defendants.

2. The School Board Defendants have not had the opportunity to present any evidence or facts to rebut the evidentiary submission made by the Plaintiffs in their application for entry of default judgment against Coon.

3. The School Board Defendants contend that the evidence submitted by Plaintiffs with regard to damages, both compensatory and punitive, is in dispute.

4. It would be unfair and prejudicial to the School Board Defendants if they were estopped or precluded from presenting evidence as to liability and damages in the Plaintiffs' case against them based on the entry of a default judgment obtained by Plaintiffs against Coon.

WHEREFORE, the School Board Defendants, while not objecting to the entry of default judgment against Coon, object to the use of the judgment as res judicata or collateral estoppel as to the issues of liability or damages in the Plaintiffs' case against them and, respectfully requests, that any entry for default judgment against Coon clarify that it does not operate to preclude the School Board Defendants from bringing forth evidence regarding damages and liability in the Plaintiffs' case against them.

                                                    s/Donald B. Sweeney, Jr.
                                                        Donald B. Sweeney, Jr.

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deanie Clark Allen, Esq.
Susan Shirock DePaola, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Charles L. Coon
308 Country Club Drive
P.O. Box 201
Greenville, AL  36037

                                            s/ Donald B. Sweeney, Jr.
                                            Donald B. Sweeney, Jr.
                                            (asb-3803-277d)
                                            Bradley Arant Rose & White LLP
                                            One Federal Place
                                            1819 Fifth Avenue North
                                            Birmingham, AL 35203-2104
                                            Telephone: (205) 521-8000
                                            Facsimile: (205) 521-8800
                                            E-mail: dsweeney@
                                            bradleyarant.com