IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a Minor, by his mother EAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1120-MEF |
| | ) |
| PIKE COUNTY BOARD OF | ) |
| EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Motion to Allow Submission of Exhibits Under Seal (Doc. # 60), it is hereby

ORDERED that the motion is DENIED. Plaintiff shall submit the depositions and exhibits that support the Application for Entry of Default Judgment with the name of the minor Plaintiff redacted.

Done on this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE