IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JR, a minor, by his mother and father EAR and TMR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | CIVIL ACTION NUMBER: 2:06-cv-1120-MEF |
| PIKE COUNTY BOARD OF EDUCATION, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS PIKE COUNTY BOARD OF EDUCATION, SAMUEL MARK BAZZELL, TERRY CASEY, BUDDY PYRON AND ROBERT MCDANIEL

Defendants, Pike County Board of Education, Samuel Mark Bazzell, Terry Casey, Buddy Pyron, and Robert McDaniel, move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order of summary judgment as to each and every claim Plaintiffs assert in their Complaint and Amended Complaint against them. In support of this motion, Defendants state that no genuine issue of material fact exists as to any of the Plaintiffs' claims and Defendants are entitled to judgment as a matter of law.

2

This motion will be supported by a brief in support of motion for summary judgment and evidentiary submittals which Defendants will file contemporaneously with this motion.

                                            s/Donald B. Sweeney, Jr.
                                            Donald B. Sweeney, Jr.

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Deanie Clark Allen, Esq.
    Susan Shirock DePaola, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Mr. Charles L. Coon
    308 Country Club Drive
    P.O. Box 201
    Greenville, AL  36037

                                                Respectfully submitted,

                                                s/ Donald B. Sweeney, Jr.