IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.R., a minor, by his mother and father, | ) | |
| EAR and TMR, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO.2:06-cv-1120-MEF |
| | ) | |
| PIKE COUNTY BOARD OF | ) | |
| EDUCATION, *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

# <u>O R D E R</u>

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #68) filed on March 10, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on April 2, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 26, 2008.  The defendants may file a reply brief on or before April 2, 2008.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 12th day of March, 2008.

                       /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE