IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a Minor, by his mother EAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1120-MEF |
| | ) |
| PIKE COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This cause is before the Court on Plaintiff's Application for Entry of Default Judgment against Defendant Charles Leslie Coon (Doc. # 59). Defendant failed to respond to the Order to Show Cause (Doc. # 62). Although Plaintiff's motion is proper, the Court will reserve ruling on the issue of damages until the trial in this case. In determining the damages, the Court will consider the trial testimony and the testimony given at the hearing on October 31, 2007.

Done this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE