IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JR a Minor, by his mother and father** | \* |
| **EAR and TMR** | \* |
|     **Plaintiffs** | \* |
| **v.** | \* |
| | \* |
| **PIKE COUNTY BOARD OF** | \* |
| **EDUCATION,** | \* |
| **SAMUEL MARK BAZZELL** | \* |
| **Individually and in his official capacity** | \* |
| **as Superintendent of Schools;** | \* |
| **TERRY CASEY, individually and in** | \* |
| **his official capacity as Principal** | \* |
| **Of Pike County High School,** | \* Case No. CV 2:06-cv-1120-MEF |
| **BUDDY PYRON, individually and in** | \* |
| **his official capacity as** | \* |
| **Principal of Pike County High School,** | \* |
| **ROBERT MCDANIEL, individually** | \* |
| **and in his official capacity as Assistant/** | \* |
| **Principal of Pike County High School;** | \* |
| **CHARLES LESLIE COON, individually** | \* |
| **and in his official capacity as a teacher** | \* |
| **at Pike County High School** | \* |
| **DOE DEFENDANTS 1-5 being those** | \* |
| **persons legally responsible for providing** | \* |
| **for the safety of special education** | \* |
| **students and for conducting** | \* |
| **investigations of complaints** | \* |
| **relating to the physical safety of** | \* |
| **students and for establishing policies** | \* |
| **and procedures to protect said students.** | \* |
|     **Defendants** | \* |

**MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

 **Comes now** the Plaintiff J.R. a Minor, by and through his attorneys of record and moves this honorable Court to extend the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment and as grounds therefore submits the following.

 1. Defendant's filed their motion for summary judgment on March 10, 2008.

 2. The Court has set March 26, 2008 as the date for Plaintiff's response.

3. One of Plaintiff's counsel has been sick and under a doctor's care during the last two weeks and is unable to work on this matter.

4. Defendants' counsel has consented to a one week extension of the time for filing Plaintiff's brief which would bring the filing date to April 2, 2008..  This will also require a one week extension of the time for filing a response which would bring the Defedants' filing date to April 9, 2008.

Wherefore, the premises considered, the Plaintiff requests that the Court enter an order allowing the Responsive submission on April 2, 2008 and the Defendants' response on April 9, 2008.

Dated this 19th day of March, 2008.

s/ Susan Shirock DePaola

**Susan Shirock DePaola**
**1726 West Second Street ~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**              ASB: DEP001
specialeducationattorney@mindspring.com

s/  Deanie Clark Allen

**Deanie Clark Allen**
**Aliant Center**
**2740 Zelda Road, Fourth Floor**
**Montgomery, Alabama  36106**
**Phone:  334-265-8551**              ASB:  ALL067
dallen@azarlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion  has been served on  the following by ECF or  by  first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on  this the 19th day of March, 2008.

VIA US MAIL:
Charles Leslie Coon
308 Country Club Drive
Greenville, AL   36037

VIA ECF
Donald Sweeney
Via ECF
(for all remaining Defendants)

                                             s/ Susan Shirock DePaola