IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a Minor, by his mother EAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1120-MEF |
| | ) |
| PIKE COUNTY BOARD OF | ) |
| EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion for Extension of Deadline to File Response to Defendant's Motion for Summary Judgment (Doc. # 73), it is hereby

ORDERED that the motion is GRANTED. Plaintiff shall file a response on or before April 2, 2008. Defendant may file a reply on or before April 9, 2008.

Done this 19th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE