IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR a Minor, by his mother and father EAR and TMR | * * * |
| Plaintiffs, | * * |
| v. | * Case No.: CV 2:06-cv-1120 MEF * |
| PIKE COUNTY BOARD OF EDUCATION, et al | * * * |
| Defendants. | * |

### RESPONSE TO ORDER TO SHOW CAUSE AND
### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the Plaintiff's Counsel and files this response to the Court order requiring the filing of a Notice Concerning Settlement Conference and Mediation. Plaintiff begs the Court's pardon for failure to file a timely pleading informing the Court of the face- to- face settlement conference between the parties in the above referenced case and asks this Court to forgo sanctions based on the following:

1. The parties had a face-to-face meeting on March 27, 2007 in an effort to settle the issues in this case and that effort failed.

2. The parties have maintained an open dialogue as to the issues in the case and efforts to settle the case were renewed within the last week but no progress toward settlement was made.

3. The parties do not believe that mediation would produce any additional results toward settling this matter but will respect the Court's decision if it is so inclined.

4.  Though the Rule 26 meeting took place and the parties had several face-to-face discussions regarding settlement, Plaintiff's Counsel inadvertently failed to correctly calendar the date for filing notice of such to the Court.

WHEREFORE, as the Plaintiff's Counsel followed the Court's Section 3 order to meet with the opposing party in a good faith effort to resolve the case short of trial, but failed to timely notify the Court of such efforts. Counsel apologizes to the Court and asks this Court to forgo sanctions.

Respectfully submitted on this the 29th day of April, 2008.

s/Susan Shirock DePaola
_____
Susan Shirock DePaola

OF COUNSEL

Susan Shirock DePaola
1726 West Second Street - Suite B
Montgomery, Alabama 36106
Phone: 334-262-1600          ASB: DEP001
specialeducationattorney@mindspring.com

s/Deanie Clark Allen

Deanie Clark Allen
9154 Eastchase Parkway - Suite 373
Montgomery, Alabama 36117
Phone: 334-424-1230
deanieallen@bellsouth.net    ASB: ALL067

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, a copy of the foregoing was served on the following by using the CM/ECF system or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama.

VIA ECF
Donald B. Sweeney, Jr., Esq.
Forest Keith Covington, Esq.

Michael C. Joiner. Esq.
Robert Emmett Poundstone, Esq.

VIA US MAIL
Charles Coon
308 Country Club Drive
Greenville, Alabama 36037

                                                s/Susan Shirock DePaola

                                                Susan Shirock DePaola