**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JR a Minor, by his mother** * | |
| **EAR** * | |
| **Plaintiff** * | |
| **v.** * | |
| * | Case No. CV 2:06-cv-1120-MEF |
| **PIKE COUNTY BOARD OF** * | |
| **EDUCATION, et al.** * | |
| **Defendants** * | |

**PRETRIAL DISCLOSURES**

Comes now Plaintiff's Counsel and files the following Pretrial Disclosures in the above referenced case.

(A)     Witnesses:

<u>Names, addresses and phone numbers of witnesses Plaintiff expects to present at trial</u>:[1]

      EAR   Mother of JR
      162 County Rd 4430
      Brundidge, AL 36010
      (334) 268-6483

      Polly King   &   MAK   son of Polly King
      9690 US Highway 29, North
      Banks, AL 36001
      Number not listed.

      Officer Butch Phelps
      300 E. Elm St.
      Troy, AL 36081
      (334) 566-0500 *

      Karen Berry
      101 W. Love St.
      Troy, AL 36081
      (334) 566-1850

---

[1] Asterisks designate a work address;  the home address is unknown.

    Sheriff Robert Bradbury
467 County Road 2239
Goshen, AL 36035

    Each of the following named Defendants: Mark Bazzell, Terry Casey, Buddy Pyron, Robert McDaniel

The following have been designated as experts and are expected to be called at trial:

    James Sears
816-A Manci Ave.
Daphne, AL 36526
(251) 621-3485

    Andrew Wright
200 Cherry St.
Troy, AL 36082
(334) 566-6022

    Dr. Fernell Warren
Troy State University
McCartha Hall # 17C
Troy, AL 36082
(334) 808-8991

    Lucia Grantham
4504 County Rd 364
Elba, AL 36323
(334) 670-3000*

    Eric Williams
433 St. Lukes Dr.
Montgomery, AL 36117
(334) 396-3872

Witnesses Plaintiff may call if the need arises:

    JMR   younger brother of Plaintiff JR &
JAR   older sister of Plaintiff JR
162 County Rd 4430
Brundidge, AL 36010

Rick Cole
150 George Wallace Dr.
Troy, AL 36081
(334) 566-3510*

Mona Watson
515 West Fairview St.
Troy, AL 36081
(334) 566-5533

Misty Hubbard
717 South Three Notch St.
Troy, AL 36081
(334) 807-6120*

Kristi Maddox
717 South Three Notch St.
Troy, AL
(334) 807-6120*

Sherry Shackelford
316 North Main St.
Brundidge, AL 36010
(334) 735-3333*


PBF   victim of Defendant Charles Coon
4032 County Rd 45
Troy, AL 36081
(334) 724-0667

Lt. R.L. Courtney
119 E. Commerce St.
Greenville, AL 36037
(334) 382-7461*

Moses Davenport
N. Main Street
Brundidge, AL 36010
(334) 735-3333*

Dwight Holley
120 W. Church St.
Troy, AL 36081
(334) 566-4347*

Sheriff Russell Thomas
120 W. Church St.
Troy, AL 36081
(334) 566-4347*

Bruce Matthews
111Williams St.
Troy, AL 36081
(334) 566-6929*

Jimmy Matthews
150 George Wallace Dr.
Troy, Al 36081
(334) 566- 7134*

Mr. Gardner
211 Lake Ave.
Troy, AL 36081
(334) 566-4351*

Anita Grant
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Regina Catrett
552 Main Street
Brundidge, AL 36010
(334) 735-3816*

Marie Davidson
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Fred Holland
522 Main Street

Brundidge, AL 36010
(334) 735-3816*

Ms. Owens
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Patrick
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Trant
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Busby
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Chancellor
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Calhoun
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Morgan
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Martin
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Ms. Sylvia Helms
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Mr. Suber
522 Main Street
Brundidge, AL 36010
(334) 735-3816*

Mr. Smith
211 Lake Ave.
Troy, AL 36081
(334) 566-4351*

Mr. Moore
211 Lake Ave.
Troy, AL 36081
(334) 566-4351*

John Andrews - Butler Co. ADA
700 Court Square
Greenville, AL 36037
(334) 382-7444*

Gary McAliley - Pike Co. DA
98 North Edward St.
Enterprise, AL 36330
(334) 347-1142*

Cheryl Harrison - Pike Co. ADA
111 William St.
Troy, AL 36081
(334) 566-6896*

John Folmar - Pike Co. DA
111 William St.
Troy, AL 36081
(334) 566-6896*

Charles Coon
308 Country Club Drive
Greenville, Alabama 36037


Any witness identified by the defendants may be called by the Plaintiff.

(B)   Designation of Depositions:

   Andrew Wright (Entire document)

(C )   Exhibits

Expected to be Offered

The following documents have previously been marked as exhibits to Depositions and will be identified by the exhibit number used in the depositions.

Plaintiff's Exhibits 2,3, 5, 6,  9, 10, 11, 13,14, 15, 16, 19, 21, 22, 23,24,26. 27, 28, 29 30, 32, 33, 34, 35,36, 37, 38, 39, 40 & 41

Defendant's Exhibits: 10, 11 & 12

The following documents have previously been submitted by Plaintiff in response to Defendant's motion for summary judgment and may be used at trial:

Supplementary Exhibit 1, 2 and 3.

Greenville Police Department Records  (copies provided herewith to defendants)

Pike  County Circuit Court Records (copies provided herewith to defendants)

May be offered at trial:

Plaintiff's Exhibits 1,4,7,8, 12 & 17

Defendants Exhibits 1-9

Any document produced by the defendants in response to Plaintiff's Requests for Production.

Any document identified by any other party to this action.

Respectfully submitted on this the 28th day of May, 2008.

   s/Susan Shirock DePaola

Counsel for Plaintiff:
Susan Shirock DePaola
1726 West Second Street - Suite B
Montgomery, Alabama 36106
Phone: 334-262-1600          ASB: DEP001
specialeducationattorney@specialeducationattorney.com

s/Deanie Clark Allen

Deanie Clark Allen
9154 Eastchase Parkway - Suite 373
Montgomery, Alabama 36117
Phone: 334-424-1230
deanieallen@bellsouth.net          ASB: All067

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pretrial Disclosure has been served on the following by ECF or by first class mail, postage prepaid and deposited in a United States mailbox located in Montgomery, Alabama, on this the 28th day of May, 2008.

VIA US MAIL:
Charles Leslie Coon
308 Country Club Drive
Greenville, AL   36037


VIA  ECF
Donald Sweeney
Via ECF
(for all remaining Defendants)

s/ Susan Shirock DePaola