IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JR, a minor, by his mother and father EAR and TMR, <br><br> Plaintiffs, <br><br> v. <br><br> PIKE COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NUMBER: <br> ) 2:06-cv-1120-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

Comes now Defendants, by and through the undersigned counsel of record, and hereby submit their trial list of exhibits and potential witnesses, in accordance with the Court's Scheduling Order:

<u>Witnesses</u>

Defendants may call some or all of the following persons to testify as witnesses at the trial of this case:

    1.    J.R., Plaintiff

    2.    EAR, Plaintiff

    3.    Dr. Samuel Mark Bazzell, Defendant

4.  Buddy Pyron, Defendant

5.  Terry Casey, Defendant

6.  Robert McDaniel, Defendant

7.  Charles Coon, Defendant

8.  Karen Berry
    Pike County Board of Education
    101 W. Love Street
    Troy, AL  36081
    334-566-1850

9.  Jessica Reed

10. Joey Reed

11. Regina Catrett
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

12. Tammy Calhoun
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

**13.** Danny Suber
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

14. Fred Holland
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

15. Leigh Richburg Suber
    Address unknown at this time

16. April Trant
    Address unknown at this time

17. Donna Busby
    Address unknown at this time

18. Beth Chancellor
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

19. Melinda Morgan-Dufee
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

20. Anita Grant
    552 Main Street
    Brundidge, AL  36010
    334-735-3816

21. Butch Phelps
    Troy City Police Department
    300 East Elm Street
    Troy, AL  36081
    334-566-0500

22. Mona Watson
    Child Protection Services
    118 West Orange Street
    Troy, AL  36081
    334-670-0487

23. Robert Bradbury, Pike County Sheriff's Department
    120 Church Street
    Troy, AL  36081
    334-566-4347

24. Sheriff Russell Thomas, Pike County Sheriff's Department
    120 Church Street
    Troy, AL  36081
    334-566-4347

25. Sherry Shackelford
    115 North Main Street
    Brundidge, AL  36010

26. Jimmy Matthews
    Troy City Board of Education
    500 Elm Street
    Troy, AL  36081
    334-566-3741

27. Polly King
    9690 U.S. Highway 29 North
    Banks, AL  36001

28. Blake Faulkner
    4032 County Road 45
    Troy, AL  36081
    334-727-0667

29. Phillip Faulkner
    4032 County Road 45
    Troy, AL  36081
    334-727-0667

30. Beverly Pevehouse (mother of Blake Faulkner)
    241 Keith Street
    Troy, AL  36081
    334-277-5800

31. John Andrews, Butler County ADA
    700 Court Square
    Greenville, AL  36037
    334-382-7444

32. Gary McAliley, Pike County DA
    98 North Edward Street
    Enterprise, AL  36330

33. Moses Davenport
    Brundidge Police Department
    North Main Street
    Brundidge, AL
    334-735-3333

34. Lucia Granthum
    4504 County Road 364
    Elba, AL

35. Carolyn Townsend
    Monroe County Board of Education
    #65 Al Avenue
    Monroe County Courthouse, Room 127
    Monroeville, AL  36460
    251-575-2168

36. Linda Steed, Member, Pike County Board of Education
    236 Clayton Street
    Brundidge, AL  36010

37. Rev. Ernest Green, Member, Pike County Board of Education
    193 County Road 7727
    Troy, AL  36081

38. Wyman Botts, Member, Pike County Board of Education
    2829 Alabama Highway 93
    Troy, AL  36081

39. Rev. Hubert Reynolds, Member, Pike County Board of Education
    513 North Main Street
    Brundidge, AL  36010

40. W. Greg Price, Member, Pike County Board of Education
    601 Second Avenue
    Troy, AL  36081

41. Adam Register, former Member, Pike County Board of Education
    254 County Road 1164
    Troy, AL  36079

42. <u>Witnesses Listed by Plaintiff</u>:  All witnesses listed by Plaintiff in Plaintiff's Witness and Exhibit List, which are incorporated by reference as if fully set forth herein.

43. Any rebuttal witnesses necessary.

44. Any individuals listed in the Plaintiff's or Defendant's initial disclosures or responses to interrogatories.

45. Any individual who has been deposed or subpoenaed for trial by any party in this case.

46. Any individual listed or called by the Plaintiff.

47. Any witnesses added by amendment hereto as allowed by the Court.

Exhibits

The following is a description of documentary evidence which Defendants intends to utilize at the trial of this case:

1. Records for J.R. from East Central Mental Health

2. Records from Pike County Sheriff's Department

3. Pike County Board of Education records for J.R.

4. Excerpts from deposition of EAR: 8, 13-36, 40-41, 50-57, 65-66, 70-86, 88-131

5. Excerpts from deposition of TMR: 8, 11-22

6. Excerpts from deposition of Samuel Mark Bazzell: 1-6, 7, 16-23, 26-28, 32, 39-49, 64-70,74-79, 80-85, 87-97, 102-162, 171, 175-178, 182-187

7. Excerpts from deposition of Buddy Pyron: 5-11, 18-22, 25-29, 32-49, 53-55, 59-65, 70-71

8. Excerpts from deposition of Robert McDaniel: 7-11, 13-14, 18-27, 32-33, 41, 44, 48-49, 51-57

9. Excepts from deposition of Karen Berry: 8-36, 39-40, 43-51

10. Excerpts from deposition of Robert Bradbury: 7-8, 12-13, 20, 27-28, 32, 42-43, 54-57, 67, 90-92, 42-43, 50-55, 81-86

11. Excerpts from deposition of Mona Watson: 8-13, 23-29, 51-54

12. Entire deposition of Sherry Shackelford

13. Excerpts from deposition of Polly King: 5-29, 31-40

14. Entire deposition of Andrew Wright

15. Entire deposition of Lucia Granthum

16. Entire deposition of James Sears

17. Affidavit of Dr. Mark Bazzell

18. Affidavit of Mona Watson

19. Affidvit of Robert McDaniel

20. Affidavit of Terry Casey

21. Affidavit of Walter Pyron

22. Excerpts from Deposition of Terry Casey: 8, 12-13, 18-19, 21, 23-27, 32-36, 39, 43, 46-48, 54-61

23. Records from the Butler County District Attorney's Office

24. Records from the Greenville Police Department

25. Records from the Pike County District Attorney's Office

26. Personnel file of Charles Leslie Coon

27. Documents from investigation by Pike County Board of Education as to allegations regarding use of tobacco, illegal drugs and driving children against Charles Leslie Coon

28. Policies of the Pike County Board of Education

29. Records from UAB Hospital for J.R.

30. Training materials used by the Pike County Board of Education regarding sexual abuse of children

31. Plaintiffs' Exhibits to depositions 1-41

32. Defendants' Exhibits to depositions 1-12

33. Any supplements to Plaintiffs' or Defendants' Exhibits to depositions

34. All documents listed by Plaintiffs which are incorporated by reference as if fully set forth herein, subject to the right of Defendants to object to the admissibility of such documents.

35. Any document produced by Plaintiffs in discovery.

36. Any document produced by Defendants in discovery.

37. Any document listed by Plaintiffs as an exhibit.

38. Any document required to rebut evidence offered at trial.

39. Any document, not otherwise specifically identified herein, that has been made an exhibit to any deposition taken in this litigation.

40. Plaintiffs' and Defendants' responses to interrogatories, request for production of documents, and requests for admission.

          s/Donald B. Sweeney, Jr.
          Donald B. Sweeney, Jr.
          One of the Attorneys for Named Defendants

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Deanie Clark Allen, Esq.
    Susan Shirock DePaola, Esq.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Mr. Charles L. Coon
    308 Country Club Drive
    P.O. Box 201
    Greenville, AL  36037

                                             s/Donald B. Sweeney, Jr.
                                                 Donald B. Sweeney, Jr.