IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JR, a Minor, by his mother EAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1120-MEF |
| | ) |
| PIKE COUNTY BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 12, 2007, the Clerk of the Court entered Default as to Defendant Charles Leslie Coon ("Coon"). (Doc. # 15). On January 23, 2008, Plaintiffs filed a Motion for Default Judgment as to Coon. (Doc. # 59). Coon failed to respond to the Order to Show Cause as to why Plaintiff's motion should not be granted. The Court found that Plaintiffs motion was proper and reserved ruling on the issue of damages until trial in the case. (Doc. # 72). On June 13, 2008, the Court granted summary judgment to the other Defendants. (Doc. # 89). The Court has made a decision regarding damages and will enter a Final Judgment. Accordingly, it is hereby

ORDERED that the Motion for Default Judgment as to Coon is GRANTED.

Done this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE