| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Charles L. Coon   C. Date of Delivery: 8-28-08 |
| 1. Article Addressed to:<br><br>Charles Leslie Coon<br>308 Country Club Drive<br>Greenville, AL 36037 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV1120<br>91 & 92 order/judgment |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1842 0695 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540